UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER CORNELIUS THURMAN,

    Plaintiff,

    v.

GORDON R. ENGLAND, Secretary of the United States Navy,

    Defendant.

Case No. C04-5203FDB

ORDER TO SHOW CAUSE

    Presently pending before the Court is the motion of Defendant Gordon England, Secretary of the United States Navy for summary judgment and/or to dismiss the claims of Plaintiff Peter Cornelius Thurman. Before considering the motion upon the papers filed by the parties to date, the Court requires that Plaintiff clarify whether he will be proceeding in this matter pro se.

    On June 25, 2005, Plaintiff filed a pleading stating that he had unsuccessfully attempted to obtain counsel and "cannot proceed pro se." Subsequently, on September 10, 2005, in the parties' Initial Disclosures and Joint Status Report, Plaintiff indicated that he would be proceeding pro se. Plaintiff shall advise the Court, in writing, whether he will be representing himself and is aware of his obligations to prosecute this action. Plaintiff is advised that if he is unable to either obtain counsel or proceed in this action pro se, his case may be subject to dismissal for failure to prosecute.

ORDER - 1

ACCORDINGLY,

IT IS ORDERED:

(1) **Plaintiff Peter Cornelius Thurman** shall show cause sufficient to satisfy the Court that Plaintiff is represented by counsel or will be representing himself pro se and is aware of his obligations to prosecute this action;

(2) Plaintiff shall file a written response to this order to show cause with **Tacoma Clerk's office no later than 4:30 p.m. on Friday, August 10, 2005**;

(3) Failure to comply with this Order may result in dismissal of this case and/or other appropriate sanctions; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, and counsel for Defendants.

DATED this 29th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2